IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:13-cv-00681-WMA |
| ) | |
| DYNAMIC RECOVERY SERVICES, ) | |
| INC., and JOYCE WARD, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 16, 2014, the magistrate judge filed his report and recommendation in the above-styled case, recommending that default judgment be entered in plaintiff's favor and that plaintiff be awarded $1,000 in statutory damages, $30,000 in compensatory damages, and $13,035 in attorneys' fees.

No party in this case has exercised the right to object to the report and recommendation within fourteen days of its issuance. This court has now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation.  The court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, plaintiff's motion for default judgment is GRANTED. It is ORDERED, ADJUDGED, and DECREED that final judgment be and hereby is ENTERED in favor of plaintiff Edna Moore, and against defendants, Dynamic Recover Services, Inc., and Joyce Ward, in the amount of $44,035.  Costs are taxed against defendants.

DONE this 6th day of February, 2014.

 _____
 WILLIAM M. ACKER, JR.
 UNITED STATES DISTRICT JUDGE